**STATE of Missouri,
Plaintiff-Respondent,**

v.

**Roosevelt GILMORE,
Defendant-Appellant.**

**No. 50990.**

Missouri Court of Appeals,
Eastern District.

April 14, 1987.

Lawrence J. Lee, Stephen H. Gilmore, St. Louis, for defendant-appellant.

William L. Webster, Atty. Gen., Kurt A. Hentz, Asst. Atty. Gen., Jefferson City, for plaintiff-respondent.

**PER CURIAM:**

Defendant was tried upon a charge of statutory rape in May of 1975. On the morning of the third day of trial, defendant, who was free on bond, did not return to the courtroom after a recess. The trial proceeded in his absence, and the jury returned a verdict of guilty. Defendant was not apprehended until some ten and one-half years later. On December 12, 1985, defendant was sentenced as a persistent offender to imprisonment for a period of twenty-five years. He now appeals, claiming various trial errors. The state has filed a motion to dismiss the appeal because of defendant's escape.

It has long been the rule in the State of Missouri that a criminal defendant who escapes during his trial or post trial proceedings forfeits his right of appeal. *State v. Peck,* 652 S.W.2d 244, 245 (Mo.App.1983); *State v. Lafata,* 614 S.W.2d 27, 29 (Mo.App.1981). See also *White v. State,* 558 S.W.2d 372, 375 (Mo.App.1977). Accordingly, we hold that the state's motion should be sustained.

Appeal dismissed.